

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DALE W HOOD | Case Number: 11SL-AC32415 |
| Plaintiff/Petitioner:<br>ALFRED L CARTWRIGHT<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>ALFRED L CARTWRIGHT<br>PO BOX 595<br>SAINT ANN, MO 63074 |
| Defendant/Respondent:<br>GATE GOURMET | Date, Time and Location of Court Appearance:<br>01-NOV-2011, 09:00 AM<br>DIVISION 34 T<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>AC Emplymnt Discrmntn 213.111 | (Date File Stamp) |

## Associate Division Summons

The State of Missouri to: GATE GOURMET
Alias:

8725 SCUDDER ROAD
SAINT LOUIS, MO 63140

**COURT SEAL OF**

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

_____10032011_____     _____/s/ Joan_____
        Date                      Clerk

**ST. LOUIS COUNTY**

Further Information:   RMC

### Sheriff's or Server's Return

Note to serving officer: Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server         Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

(Seal)   Subscribed and sworn to before me on _____ (date).

My commission expires: _____   _____
                                Date                          Notary Public

Sheriff's Fees, if applicable
Summons           $_____
Non Est             $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $___10.00___
Mileage             $_____ (_____ miles @ $._____ per mile)
Total               $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**

MISSOURI CIRCUIT COUR

TWENTY F/RST JUDICIAL CIRCUIT

(ST, LOUIS COUNTY)

ALFRED L CARTWRIGHT                                       (314-332-5336)

P.O.BOX #595

ST, ANN MO 63074


GATE GOURMET                                              (314-743-4287)

8725 SCUDDER RD

BERKELEY, MO 63140

SERV

MGR DANNY ASHES

## PETITION FOR ; EMPLOYMENT DISCRIMINATION

COME NOW Alfred L Cartwright Plaintiff (s) I am employed by the above named employed as a CSR since April 2007. I have been a good employee throughout my time with the company.

On or about June 6,2011 I was SUSPENDED until further notice. My direct supervisor Rick Beck has constantly harassed me. Ihave previously filed an EEOC charge, as well as several complaints with the union and I told Manager Danny Ash about Beck 's actions back in November 2010. Beck has subjected me to consistent racial discrimination. Beck has followed me around the facility, threatened me and committed physical battery. I have made every attempt to follow company rules to resolve these issues but complaints about the prejudicial nature of Beck are ignored.
I have been discriminated against because of my race, black in violation of Title VII of the Civil Rights Act of 1964 as amended. Additionally, I have been retaliated against for participating in the EEO Process.

Wherefore Plaintiff Pray for Judgement for punitive back pay in full , Stop harassment.

Date: Discrimination took place 06-06-2011

Subscribed and sword    I declare.

Sept 16,2011 Subscribed and sworn to before me this 19 day of 20 11   Alfred L Cartwright

NOTARY

Veronica L. Thurman
Notary Public - Notary Seal
State of Missouri
Commissioned St. Louis County
My Commission Exp, Aug. 30, 2013
ID # 09751823